# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

First Security Bank
                          Plaintiff,

v.                                         Case No.: 1:16−cv−05258
                                        Honorable Matthew F. Kennelly

Craig Lyle Campbell, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 25, 2017:

       MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held in chambers on 1/25/2017 with attorneys for both sides. Deadline for amending pleadings and adding parties is 4/28/2017. Fact discovery is to be completed by 5/25/2017. Rule 26(a)(2) disclosure are due from plaintiff on 6/15/2017 and from defendants on 7/6/2017. Expert discovery is to be completed by 7/31/2017. The Court intends to conduct a prompt settlement conference at which the parties on both sides will be required to appear. The Court offered the following dates and times: 2/28/2017 at 10:30 AM or 1:30 PM; 3/1/2017 at 10:30 AM or 1:30 PM; 3/2/2017 at 10:30 AM; or 3/3/2017 at 10:00 AM or 1:00 PM. Counsel are to confer with their clients and each other to choose one of these dates and are to communicate their choice jointly to Judge Kennelly's courtroom deputy by 4:00 PM on 1/27/2017. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.